IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DELTBER KEYES**                                                                                              **PLAINTIFF**

v.                                                                              **CIVIL ACTION NO. 1:22-cv-5-TBM-RPM**

**JARITA BIVENS** *et al.*                                                                                 **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [39] entered by United States Magistrate Judge Robert P. Myers on January 10, 2024. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that Deltber Keyes' claims are DISMISSED WITH PREJUDICE, and Keyes is assessed a STRIKE under 28 U.S.C. § 1915(g). This CASE is CLOSED.

THIS, the 8th day of February, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE